

## UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

August 17, 2022

**Austin Supervisor**

Amanda R. Ceballos

Reply to:
501 West 5th Street, Suite 3200
Austin, Texas 78701
512-916-5297

**Carlos J. Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

**United States Magistrate Judge**
**Susan Hightower, U.S. Courthouse**
**501 West 5th Street**
**Austin, Texas 78701**

**RE: Brandon Riggins**
**CASE NO.: 1:22CR00102-LY-2**
**BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On May 25, 2022, Brandon Riggins was released by Your Honor on pretrial supervision with conditions of release. The defendant is pending disposition for violation of Title 18 U.S.C. § 39A & 2 for Aiming a Laser Pointer at an Aircraft.

On May 25, 2022, the defendant submitted a pre-initial urine specimen for testing which revealed positive results for Amphetamines, MDMA, and Cannabinoids. On June 1, 2022, Pretrial Services received confirmation for the positive drug test results, revealing positive results for Methamphetamines and Marijuana Metabolite and negative results for MDMA.

Subsequent drug tests submitted by the defendant on June 24, 2022, July 1, 2022, July 13, 2022, July 26, 2022, and August 2, 2022, have returned positive results for Cannabinoids and positive confirmation results for Marijuana Metabolite.

Subsequent contact with the defendant resulted in his admission to smoking marijuana daily and denied use of other illegal substances. The defendant apologized and accepted responsibility for his actions. As a result, on July 5, 2022, the defendant was referred to attend substance abuse counseling at Kearley & Schmitt, PLLC two (2) times per month and is required to submit at least two (2) random drug tests per month.

The defendant was admonished and was instructed to refrain from using illegal substances. He was further advised that any further illicit drug use may result in revocation of his pretrial release.

Assistant United States Attorney Gabriel Cohen has been informed of the violation and concurs with the recommendation of Pretrial Services.

It should be noted the defendant is scheduled for Jury Selection and Jury Trial on August 28, 2022, at 9:00 a.m. before U.S. District Judge Lee Yeakel and a Docket Call on October 21, 2022, at 9:30 a.m. before U.S. District Judge Lee Yeakel.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (512) 450-8576.

Respectfully,

Daniel Palomares
U.S. Pretrial Services Officer

Amanda Ceballos
Supervising U.S. Pretrial Services Officer


cc:     U.S. Attorney     Defense Counsel

The Court does concur ___✓___          The Court does not concur _____

U.S. Magistrate Judge, Susan Hightower

August 19, 2022
Date